IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PRE-PAID LEGAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-346-JHP |
| | ) | |
| TODD CAHILL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 22, 2013, United States Magistrate Judge Steven P. Shreder entered his Report and Recommendation in regard to Plaintiff's Motion for Preliminary Injunction [Doc. No. 11]; Plaintiff's Motion to Dissolve or Modify Temporary Restraining Order [Doc. No. 4]; the Motion to Extend Temporary Restraining Order [Doc. No. 8]; and the Motion for Expedited Ruling on Plaintiff's Motion to Extend Temporary Restraining Order and for Expedited Discovery [Doc. No. 10]. The Magistrate Judge recommended that Plaintiff's Motion for Preliminary Injunction [Doc. No. 11] be granted in part and denied in part. The Magistrate Judge further recommended that: (i) the Motion to Dissolve or Modify Temporary Restraining Order [Doc. No. 4], the Motion to Extend Temporary Restraining Order [Doc. No. 8], and the Motion for Expedited Ruling On Plaintiff's Motion to Extend Temporary Restraining Order and for Expedited Discovery [Doc. No. 10] should be denied as moot, as the temporary restraining order issued by the state court expired by its own terms prior to the hearing on the motion for preliminary injunction; (ii) the Motion for Expedited Discovery [Doc. No. 9] should be granted to the extent the parties announced they are conducting limited discovery by agreement, but otherwise denied; and, (iii) the Expedited Motion to Stay

Pending Arbitration [Doc. No. 13] should be granted, as the parties agree the case should be submitted to arbitration. The parties have filed no objections to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on January 22, 2013, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED** this 12th day of February, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma