IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PRE-PAID LEGAL SERVICES, INC.,  )
                                )
            Plaintiff,          )
                                )
v.                              )   Case No. 12-CV-346-JHP
                                )
TODD CAHILL,                    )
                                )
            Defendant.          )

### ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 31, 2014, United States Magistrate Judge Steven P. Shreder entered his Report and Recommendation in regard to Plaintiff's Motion to Lift Stay an Enter Scheduling Order and Brief in Support [Doc. No. 33]. The Magistrate Judge recommended that Plaintiff's Motion to Lift Stay an Enter Scheduling Order and Brief in Support [Doc. No. 33] be granted. On April 11, 2014, Defendant filed a timely objection to the Magistrate Judge's Report and Recommendation pursuant to 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(a). [Doc. No. 46].

The Court has carefully reviewed the parties' submissions, the record, and the Report and Recommendation of the Magistrate Judge, and finds that the Report and Recommendation of the Magistrate Judge is well reasoned and supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on March 31, 2014, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED** this 16th day of April, 2014.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma