# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 01, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:** 14-7032, Pre-Paid Legal Services v. Cahill
Dist/Ag docket: 6:12-CV-00346-JHP

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Harvey D. Ellis Jr.
Timila S. Rother
Melanie Wilson Rughani
Gary E. Smith

EAS/klp