# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PRE-PAID LEGAL SERVICES, INC.** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No.  6:12-cv-346-JHP |
| ) | |
| **TODD CAHILL,** ) | |
| ) | |
| **Defendant** ) | |

## ENTRY OF APPEARANCE

COMES NOW Jay P. Walters and enters his appearance as counsel of record for Defendant Todd Cahill in the above-captioned matter.

Respectfully submitted,

/s/ Jay P. Walters
Jay P. Walters, OBA No. 17364
GABLEGOTWALS
211 N. Robinson, Suite 1500
Oklahoma City, OK 73102-8820
Telephone: (405) 235-5517
Facsimile:  (405) 235-2875
jwalters@gablelaw.com

{S314269;}

## CERTIFICATE OF SERVICE

On July 24, 2015, I electronically transmitted the attached document to the Clerk for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brooke S. Murphy
Brooke.murphy@crowedunlevy.com

Timila S. Rother
Timila.rother@crowedunlevy.com

Ron Wright
ron@wswlaw.com

        /s/ Jay P. Walters
        Jay P. Walters