## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PRE-PAID LEGAL SERVICES, INC.** )<br>    Plaintiff ) <br>   ) <br>vs.   ) <br>   ) <br>**TODD CAHILL,**   ) <br>    Defendant ) | Case No.  6:12-346-JHP |

### ENTRY OF APPEARANCE

COMES NOW Adam C. Doverspike and enters his appearance as counsel of record for Defendant Todd Cahill in the above-captioned matter.

Respectfully submitted,

/s/ Adam C. Doverspike
Adam C. Doverspike, OBA No. 22548
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
Telephone: (918) 595-4800
Facsimile:  (918) 595-4990
adoverspike@gablelaw.com

{1419161;}

## CERTIFICATE OF SERVICE

On August 7, 2015, I electronically transmitted the attached document to the Clerk for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brooke S. Murphy
Brooke.murphy@crowedunlevy.com

Timila S. Rother
Timila.rother@crowedunlevy.com

Paige A. Masters
paige.masters@crowedunlevy.com

Ron Wright
ron@wswlaw.com


/s/ Adam C. Doverspike
Adam C. Doverspike