# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRE-PAID LEGAL SERVICES, INC.,     ) | |
| Plaintiff(s)   ) | |
| ) | |
| **v.**                                                         ) | Case No. CIV-12-346-JHP |
| ) | Date:  8/13/2015 |
| TODD CAHILL,                                            ) | Time:  <u>10:07 a.m. - 10:58 a.m.</u> |
| Defendant(s).   ) | |

### MINUTE SHEET - STATUS AND SCHEDULING CONFERENCE

JAMES H. PAYNE, Judge            G.Seward, Law Clerk
                                                        C.Trzcinski, Deputy Clerk

**Counsel for Plaintiff:**  Timila S. Rother and Paige A. Masters
**Counsel for Defendant**:  Gary E. Smith and Graydon Dean Luthey, Jr.

**Minutes:**  Theories of the case discussed.  Parties addressed defendant's pending motion and possible amendments to the complaint.  Defendant's Motion to Dismiss or for Judgment as a matter of Law is stricken by agreement of the parties, to be refiled at a later date.  Defendant's answer will be due within 15 days.  Scheduling Order entered into and follows these minutes.