IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRE-PAID LEGAL SERVICES, INC., ) <br> ) <br>     Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> TODD CAHILL, ) <br> ) <br>     Defendant/Counterclaimant. ) | Case No.  CIV-12-346-JHP |

## ORDER

Before this Court is Plaintiff Pre-Paid Legal Services, Inc.'s Unopposed Motion to Continue Trial and Extend Scheduling Order Deadlines (Dkt. #112). Upon review, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the trial of this matter and all pre-trial deadlines set forth in the Scheduling Order entered on August 13, 2015, including the Settlement Conference set with Magistrate Judge Kimberly E. West, and deadlines established by Rule, are hereby stricken, to be reset following this Court's ruling on Plaintiff's Motion to Compel Term Searching of Electronically Stored Information (Dkt. #99).

IT IS SO ORDERED this 16th day of March, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

3010397